IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE DIET DRUGS (PHENTERMINE/ | : | |
| FENFLURAMINE/DEXFENFLURAMINE) | : | MDL DOCKET NO. 1203 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | |
| EDDIE TUCKER, JR. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| WYETH, f/k/a AMERICAN HOME | : | |
| PRODUCTS, et al. | : | NO. 03-20082 |

PRETRIAL ORDER NO. 8304

AND NOW, this 29th day of September, 2009, for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

(1)   the motion of Wyeth for summary judgment on medical causation is GRANTED; and

(2)   judgment is entered in favor of Wyeth and against the plaintiff, Eddie Tucker, Jr.

BY THE COURT:

_____
                                    C.J.